UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 18-05278-CPM
CHAPTER 13 CASE

IN RE:

JOSEPH SAPORTAS
AKA JOE SAPORTAS
Debtor(s).
_____/

## PRELIMINARY OBJECTION TO
## CONFIRMATION OF PLAN

COMES NOW, **SETERUS, INC., AS AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA,** ("Claimant") for property located at 17079 1ST STREET E, NORTH REDINGTON BEACH, FL 33708 by and through its undersigned attorney, objects to confirmation of Debtor's plan and states as follows:

1. The Debtor, Joseph Saportas (the "Debtor") filed a voluntary Chapter 13 petition pursuant to the United States Bankruptcy Code (the "Bankruptcy Code") in this Court on June 26, 2018.

2. Claimant is a secured creditor who holds a security interest in Debtor's real property by virtue of a mortgage.

3. The subject loan has been in default as of the payment due November 1, 2019.

4. Claimant intends to file a Proof of Claim to show total approximate arrearage due under its mortgage of $271,228.67 and the total debt of $522,180.76 and the regular post petition monthly payments of which includes escrows of $2,516.09. Debtor's

18-01172

Plan fails to provide for full payment of that secured claim in violation of the requirements of §1325(a)(5).

5. Creditor is aware that the Plan proposes a Mortgage Modification and that the Plan as filed will probably be amended, however, such modification has not been entered into at this point and Creditor is filing this Objection to preserve its rights in regards to a Plan that does not conform to the Secured Creditor's Proof of Claim.

6. Claimant reserves the right to file a supplemental objection.

7. Claimant has not accepted the Plan.

8. As a result of preparing and filing this Objection to Plan Confirmation, Claimant has incurred additional attorney's fees.

WHEREFORE, Claimant, **SETERUS, INC., AS AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA**, files this objection to confirmation of plan and moves the Court to deny confirmation of said plan and grant such additional relief as the Court deems just and proper.

Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-0908
Telephone: (954) 453-0365/1-800-441-2438
Facsimile:  (954) 771-6052
reshaundra.suggs@clegalgroup.com

By: _____
ReShaundra M. Suggs, Esq.
Bar Number: 77094

18-01172

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the Objection to Confirmation of Plan was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this 3rd day of August, 2018.

Mailing List for Bankruptcy Case No:18-05278-CPM

U.S. TRUSTEE
UNITED STATES TRUSTEE - TPA 7/13,7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33062

JON WAAGE, TRUSTEE
P.O BOX 25001
BRADENTON, FL 342065001

JOSEPH SAPORTAS
13799 PARK BLVD
SEMINOLE, FL 337660000

PETER B BERKMAN PETER BERKMAN, ATTORNEY, PLLC, ESQ
18865 SR 54, #110
LUTZ, FL33558

By: _____
ReShauhndra M. Suggs, Esq.

18-01172